IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JON J. UHLER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1125

Opinion filed November 8, 2017.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Jon J. Uhler, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, ROWE, and WINSOR, JJ., CONCUR.